UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| LARRY DARNELL JONES,<br>      Plaintiff,<br><br>v.<br><br>ZACHARY JENKINS, ET AL.,<br>      Defendants. | No. 1:21-cv-506<br><br>Honorable Paul L. Maloney |

### JUDGMENT

This Court has resolved all pending claims in this lawsuit. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  September 30, 2021                   /s/ Paul L. Maloney
                                                                                Paul L. Maloney
                                                                                United States District Judge